[Civ. No. 7359.   Second Appellate District, Division Two.—May 18, 1931.]

CITY OF LOS ANGELES (a Municipal Corporation), Appellant, v. SADIE D. GRIFFITH ABBOTT et al., Defendants; QUINCY CASS, Respondent.

Erwin P. Werner, City Attorney, and Arthur Loveland and Arthur W. Nordstrom, Deputies City Attorney, for Appellant

Culver & Nourse for Respondent.

THOMPSON (IRA F.), J.—This is an appeal from an order denying plaintiff's motion to tax costs. The facts and points of law being in all material respects identical with those in *City of Los Angeles, Plaintiff*, v. *Abbott, Defendant; Louis A. Denker, Respondent* (No. 7355), *ante*, p. 756 [299 Pac. 807], this day decided, this case is governed by the decision therein.

Order affirmed.

Works, P. J., and Craig, J., concurred.